# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, on behalf of its members; and Zach Hillesheim,<br><br>Plaintiffs,<br><br>v.<br><br>BL Worldwide Investments, Inc.; and BL Worldwide Properties, LLC,<br><br>Defendants. | Civil No. 15-cv-3906 (PJS/HB)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. This matter be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  6/13/16    s/Patrick J. Schiltz
       PATRICK J. SCHILTZ
       United States District Judge